1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8
                    UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   GIL CROSTHWAITE, et al., as Trustees of the    Case No.: C07-5045 MJJ
12 OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN              **PROOF OF SERVICE ON SUMMONS**
13 CALIFORNIA; et al.,

14      Plaintiffs,

15 v.

16 JOHN TAYLOR NORTHROP, individually
   and dba KRISTIN CONSTRUCTION,
17
        Defendants.
18

19

20

21

22

23

24

25

26

27

28
                                                                          -1-
                                                    **PROOF OF SERVICE ON SUMMONS**
                                                           **Case No.: C07-5045 MJJ**
P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MJJ Proof of Service on Summons 112107.DOC

| ATTORNEY NAME<br>Muriel B. Kaplan, Esq. (SBN 124607)<br>Saltzman & Johnson Law Corporation<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| ATTORNEY FOR PLAINTIFFS | |
| COURT<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | |
| SHORT NAME OF CASE<br>Operating Engineers Health & Welfare Trust Fund et al.<br>vs. John Taylor Northrop et al. | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER<br>C 07-5045 MJJ |

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action:

I served the:
Summons
Complaint
Order Setting Initial Case Management Conference and ADR Deadlines
Standing Orders
ECF Registration Information Handout
Welcome to the United States District Court, San Francisco
Instructions for Completion of ADR Forms Regarding Selection of an ADR Process
Dispute Resolution Procedures Handbook in the Northern District of California
Stipulation and (Proposed Order) Selecting ADR Process
Notice of Need for ADR Phone Conference
ADR Certification by Parties and Counsel
Notice of Availability of Magistrate Judge to Exercise Jurisdiction

**Name: John Taylor Northrup**
**dba Kristin Construction**

Date of Delivery: 10/18/07
Time of Delivery: 7:12 p.m.

Place of Service:   1781 Autumn Meadows
                   Fairfield, CA 94585

Manner of Service: Substituted Service – by handing documents to Kim Northrop, wife of John Taylor Northrop, and thereafter mailing from San Francisco via first class mail, postage prepaid.

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)   I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 19th, 2007 in Fairfield, CA.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2186

Signature: _____
Name: Michelle Sturdee
Title: RPS.

## PROOF OF SERVICE

| ATTORNEY NAME<br>MURIEL B. KAPLAN (SBN 124607)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 HOWARD STREET, #520<br>SAN FRANCISCO, CA 94105 | TELEPHONE NO.<br>(415) 882-7900 |
|---|---|
| ATTORNEY FOR Plaintiffs | |

COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHORT NAME OF CASE
Operating Engineers Health & Welfare Trust Fund et al.
vs. John Taylor Northrup et al.

| DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C 07 5045 MJJ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of 18 years and not a party to this action. I received the within process on 10/02/07 and that after due and diligent effort, I have been unable to effect personal service on the within named:

John Taylor Northrup dba Kristen Construction

Residence Address: 1781 Autumn Meadows
Fairfield, CA 94585

Dates and Times Attempted: 10/15/07 at 7:20 p.m. – There was no answer at the door. A BMW was in the driveway and the lights were off.

10/16/07 at 7:45 a.m. - There was no answer at the door. A BMW was in the driveway and the lights were off.

10/16/07 at 8:40 p.m. - There was no answer at the door. A BMW was in the driveway and the lights were off. I spoke with the neighbor who was uncooperative and did not give me any information.

10/17/07 at 5:27 p.m. – There was no answer at the door. A BMW was in the driveway and the lights were off.

10/18/07 at 7:12 p.m. – I subserved documents to Kim Northrup, wife of John Taylor Northrup.

Theresa's Messenger Service
P.O. Box 190543
San Francisco, CA 94119
(415) 760-2158

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
On: October 19th, 2007
At: Fairfield, California
Signature _____
Name: Michelle Stuber
Title: RPS

DECLARATION RE DILIGENCE TO EFFECT PERSONAL SERVICE