Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION,<br><br>Defendants. | Case No.: C07-5045 MJJ<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION OF MURIEL B. KAPLAN IN SUPPORT** |

TO THE CLERK:

Please enter the default of defendant JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, on the Complaint in the above-entitled action. This request is based on the fact that defendant have failed to plead or otherwise defend or appear in this action, and the time permitted for such pleading, defense or other appearance has run.

1. A Complaint was filed by plaintiffs in this matter on October 1, 2007.

2. Defendants were sub-served on October 18, 2007.

2. A Proof of Service on Summons was filed with the Court on November 26, 2007.

-1-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-5045 MJJ**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MJJ Request for Entry of Default 112107.DOC

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 26th day of November, 2007, at San Francisco, California.

SALTZMAN & JOHNSON LAW CORPORATION

By:_____/s/_____
      Muriel B. Kaplan
      Attorneys for Plaintiffs

IT IS SO ORDERED.

Date: _____     _____
      MARTIN J. JENKINS
      UNITED STATES DISTRICT COURT JUDGE

-2-
**REQUEST FOR ENTRY OF DEFAULT**
**Case No.: C07-5045 MJJ**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MJJ Request for Entry of Default 112107.DOC

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On November 26, 2007, I served the following document(s):

**REQUEST FOR ENTRY OF DEFAULT;
DECLARATION OF MURIEL B. KAPLAN IN SUPPORT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **John Taylor Northrop
> dba Kristin Construction
> 1781 Autumn Meadows
> Fairfield, California 94585**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 26th day of November, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**REQUEST FOR ENTRY OF DEFAULT
Case No.: C07-5045 MJJ**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MJJ Request for Entry of Default 112107.DOC