**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 3, 2007

RE:  CV 07-05045 MJJ          GIL CROSTHWAITE-v- JOHN TAYLOR NORTHROP

Default is **entered** as to defendant John Taylor Northrop on December 3, 2007.

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

NDC TR-4  Rev. 3/89