Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, <br><br> Defendants. | Case No.: C07-5045 MJJ <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On December 4, 2007, I served the following document(s):

**CLERK'S NOTICE OF DEFAULT ENTRY**

///
///
///
///

-1-
**PROOF OF SERVICE**
**Case No.: C07-5045 MJJ**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MJJ Proof of Service re Default Entry 120407.DOC

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **John Taylor Northrop**
> **dba Kristin Construction**
> **1781 Autumn Meadows**
> **Fairfield, California 94585**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 4th day of December, 2007, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega