Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION,<br><br>Defendants. | Case No.: C07-5045 MMC<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: March 7, 2008<br>Time: 10:30 a.m.<br>Ctrm: 7, 19th Floor<br>Judge: Hon. M. Chesney |

Plaintiffs submit this Request for Continuance of the Case Management Conference, which is currently set for Friday, March 7, 2008 at 10:30 a.m.:

1.  Default was entered by the Court on December 3, 2007.

2.  Plaintiffs are in the process of preparing a Motion for Default Judgment, which should be filed shortly. Plaintiffs therefore request that the currently set Case Management Conference be continued for approximately 90 days, to allow for the preparation, filing and hearing on Plaintiffs' Motion.

3.  Due to the status of the action, there are no issues to be discussed at a Case

1  Management Conference other than a hearing on Plaintiffs' Motion.

2  Dated: February 28, 2008                SALTZMAN & JOHNSON LAW CORPORATION

4                    By:        /s/
                              Michele R. Stafford
5                             Attorneys for Plaintiffs

7      Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case

8  Management Conference is hereby continued to _____ at _____. IT IS SO

9  ORDERED.

11 Date: _____            _____
12                                         UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 28, 2008, I served the following document(s):

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **John Taylor Northrop**
> **dba Kristin Construction**
> **1781 Autumn Meadows**
> **Fairfield, California 94585**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of February, 2008, at San Francisco, California.

_____/s/_____
Andrea Gonzalez

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\Request for CMC Continuance.DOC

**C07-5045 MMC**
**REQUEST FOR CONTINUANCE OF CMC**