Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION,<br><br>    Defendants. | Case No.: C07-5045 MMC<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:  March 7, 2008<br>Time: 10:30 a.m.<br>Ctrm: 7, 19th Floor<br>Judge: Hon. M. Chesney |

Plaintiffs submit this Request for Continuance of the Case Management Conference, which is currently set for Friday, March 7, 2008 at 10:30 a.m.:

    1.    Default was entered by the Court on December 3, 2007.

    2.    Plaintiffs are in the process of preparing a Motion for Default Judgment, which should be filed shortly. Plaintiffs therefore request that the currently set Case Management Conference be continued for approximately 90 days, to allow for the preparation, filing and hearing on Plaintiffs' Motion.

    3.    Due to the status of the action, there are no issues to be discussed at a Case

Management Conference other than a hearing on Plaintiffs' Motion.

Dated: February 28, 2008                SALTZMAN & JOHNSON LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to May 30, 2008 at 10:30 a.m. Additionally, plaintiffs shall file the above-referenced Motion for Default Judgment no later than April 18, 2008. IT IS SO ORDERED.

Date: February 29, 2008                _____
MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE