1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   GIL CROSTHWAITE, et al., as Trustees of the     Case No.: C07-5045 MMC
12 OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN          **PROOF OF SERVICE**
13 CALIFORNIA; et al.,

14         Plaintiffs,

15 v.

16 JOHN TAYLOR NORTHROP, individually
   and dba KRISTIN CONSTRUCTION,
17
           Defendants.
18

19
           I, the undersigned, declare:
20
           I am a citizen of the United States and am employed in the County of San Francisco, State
21
22 of California.  I am over the age of eighteen and not a party to this action.  My business address is

23 120 Howard Street, Suite 520, San Francisco, California 94105.

24         On February 28, 2008, I served the following documents:

25                           **REASIGNMENT ORDER;**
26           **CASE MANAGEMENT CONFERENCE ORDER; and**
   **STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE**
27                                 **M. CHESNEY**
   ///
28

                                                                                -1-
                                                                      **PROOF OF SERVICE**
                                                                   **Case No.: C07-5045 MCC**

1  on the interested parties in said action by placing a true and exact copy of each document in a

2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3  Francisco, California, addressed as follows:

4
**John Taylor Northrop**
5  **dba Kristin Construction**
**1781 Autumn Meadows**
6  **Fairfield, California 94585**

7

8         I declare under penalty of perjury that the foregoing is true and correct and that this

9  declaration was executed on this 28th day of February, 2008, at San Francisco, California.

10

11
_____/s/_____
12                          Andrea Gonzalez

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
**PROOF OF SERVICE**
Case No.: C07-5045 MCC