Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, <br><br> Defendants. | Case No.: C07-5045 MMC <br><br> **PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On March 7, 2008, I served the following document(s):

**ORDER on**
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

///
///
///

**C07-5045 MMC**
**PROOF OF SERVICE**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MMC Proof of Service 030708.DOC

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

        **John Taylor Northrop**
        **dba Kristin Construction**
        **1781 Autumn Meadows**
        **Fairfield, California 94585**

8      I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on this 7th day of March, 2008, at San Francisco, California.

                      _____/s/_____
                              Vanessa de Fábrega

**C07-5045 MMC**
**PROOF OF SERVICE**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MMC Proof of Service 030708.DOC