# *EXHIBIT A*

# Operating Engineers Local Union No. 3 Trust Funds

## Kristin Construction - #21-47166-24

### SUMMARY OF LIABILITIES

| | 2004 | | 2005 | | 2006 | | 2007 | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount | Hours | Amount |
| **Fringe Benefits:** | | | | | | | | | | |
| Under-Reported Hours | 12.0 | $193.80 | 90.0 | $1,453.50 | 815.0 | $15,171.45 | 52.0 | $968.76 | 969.0 | $17,787.51 |
| **Subtotal: Fringe Benefits** | 12.0 | $193.80 | 90.0 | $1,453.50 | 815.0 | $15,171.45 | 52.0 | $968.76 | 969.0 | $17,787.51 |
| Liquidated Damages | | $245.00 | | $499.07 | | $2,646.23 | | $490.00 | | $3,880.30 |
| Interest | | $130.47 | | $415.75 | | $1,054.28 | | $50.02 | | $1,650.52 |
| **Total Due: Fringe Benefits** | 12.0 | $569.27 | 90.0 | $2,368.32 | 815.0 | $18,871.96 | 52.0 | $1,508.78 | 969.0 | $23,318.33 |
| **Wages:** | | | | | | | | | | |
| Wage Violations - Incorrect Wage Rate Paid | | $0.00 | | $0.00 | | $3,311.39 | | $157.08 | | $3,468.47 |
| **Total Due: Wages** | | $0.00 | | $0.00 | | $3,311.39 | | $157.08 | | $3,468.47 |
| | | | | | | | AUDIT COSTS: | | | $11,377.69 |
| **GRAND TOTAL** | | | | | | | | | 969.0 | $38,164.48 |

Date Prepared: July 20, 2007

EMPLOYER: Kristin Construction - #21-47166-24

RE: 2004 Account Summary

Under-Reported Hours

| Mo./Yr. | Hours | Health & Welfare | Retiree Health & Welfare | Pension | Appr. Pension | Affirm Action | Annuity | ISF | JPC/MAC | Subtotal | Liquidated Damages | Subtotal | Interest | Suppt.Dues/Vacation | CAF | Ind.Pro./CIFAC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-04 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35 or 15% | $0.00 | 12% | $0.00 | $0.00 | $0.00 | $0.00 |
| Feb-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mar-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apr-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| May-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jun-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ubtotal | | $5.65 | $1.69 | $4.00 | $0.00 | $0.62 | $0.40 | $0.06 | $0.11 | $12.53 | $35 or 15% | | 12% | $3.45 | $0.04 | $0.13 | $16.15 |
| Jul-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aug-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sep-04 | 12.00 | 67.80 | 20.28 | 48.00 | 0.00 | 7.44 | 4.80 | 0.72 | 1.32 | 150.36 | 245.00 | 395.36 | 130.47 | 41.40 | 0.48 | 1.56 | 569.27 |
| Oct-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dec-04 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ubtotal | 12.00 | 67.80 | 20.28 | 48.00 | 0.00 | 7.44 | 4.80 | 0.72 | 1.32 | 150.36 | 245.00 | 395.36 | 130.47 | 41.40 | 0.48 | 1.56 | 569.27 |
| OTAL | 12.00 | $67.80 | $20.28 | $48.00 | $0.00 | $7.44 | $4.80 | $0.72 | $1.32 | $150.36 | $245.00 | $395.36 | $130.47 | $41.40 | $0.48 | $1.56 | $569.27 |

**EMPLOYER:** Kristin Construction - #21-47166-24

**RE:** 2005 Account Summary

Under-Reported Hours

| Mo./Yr. | Hours | Health & Welfare | Retiree Health & Welfare | Pension | Appr. Pension | Affirm Action | Annuity | I S F | JPG/ MAC | Subtotal | Liquidated Damages | Subtotal | Interest | Suppl.Dues/ Vacation | C A F | Ind.Pro./ CIFAC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $5.65 | $1.59 | $4.00 | $0.00 | $0.62 | $0.40 | $0.06 | $0.11 | $12.53 | $35 or 15% | | 12% | $3.45 | $0.04 | $0.13 | $16.15 |
| Jan-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Feb-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mar-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apr-05 | 52.00 | 293.80 | 87.88 | 208.00 | 0.00 | 32.24 | 20.80 | 3.12 | 5.72 | 651.56 | 254.07 | 905.63 | 235.46 | 179.40 | 2.08 | 6.76 | 1,329.33 |
| May-05 | 38.00 | 214.70 | 64.22 | 152.00 | 0.00 | 23.56 | 15.20 | 2.28 | 4.18 | 476.14 | 245.00 | 721.14 | 180.29 | 131.10 | 1.52 | 4.94 | 1,038.99 |
| Jun-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | 90.00 | 508.50 | 152.10 | 360.00 | 0.00 | 55.80 | 36.00 | 5.40 | 9.90 | 1,127.70 | 499.07 | 1,626.77 | 415.75 | 310.50 | 3.60 | 11.70 | 2,368.32 |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35 or 15% | | 12% | $0.00 | $0.00 | $0.00 | $0.00 |
| Jul-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aug-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sep-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Oct-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dec-05 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | 0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **90.00** | **$508.50** | **$152.10** | **$360.00** | **$0.00** | **$55.80** | **$36.00** | **$5.40** | **$9.90** | **$1,127.70** | **$499.07** | **$1,626.77** | **$415.75** | **$310.50** | **$3.60** | **$11.70** | **$2,368.32** |

EMPLOYER: Kristin Construction - #21-47166-24

RE: 2006 Account Summary

Under-Reported Hours

| Mo./Yr. | Hours | Health & Welfare | Retiree Health & Welfare | Pension | Appr. Pension | Affirm Action | Annuity | I.S.F | JPC/MAC | Subtotal | Liquidated Damages | Subtotal | Interest | Suppl.Dues/Vacation | C.A.F | Ind.Pro./CIFAC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-06 | 0.00 | $6.23 | $1.89 | $4.00 | $0.00 | $0.62 | $0.40 | $0.06 | $0.11 | $13.31 | $35 or 15% | | 12% | $3.55 | $0.04 | $0.13 | $17.03 |
| Feb-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mar-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Apr-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| May-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jun-06 | 7.50 | 46.73 | 14.18 | 30.00 | 0.00 | 4.65 | 3.00 | 0.45 | 0.83 | 99.83 | 245.00 | 344.83 | 41.38 | 26.63 | 0.30 | 0.98 | 414.10 |
| ubtotal | 7.50 | 46.73 | 14.18 | 30.00 | 0.00 | 4.65 | 3.00 | 0.45 | 0.83 | 99.83 | 245.00 | 344.83 | 41.38 | 26.63 | 0.30 | 0.98 | 414.10 |
| | | $6.58 | $2.14 | $5.00 | $0.00 | $0.62 | $0.40 | $0.06 | $0.11 | $14.91 | $35 or 15% | | 12% | $3.55 | $0.04 | $0.13 | $18.63 |
| Jul-06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aug-06 | 69.00 | 454.02 | 147.66 | 345.00 | 0.00 | 42.78 | 27.60 | 4.14 | 7.59 | 1,028.79 | 294.85 | 1,323.64 | 132.36 | 244.95 | 2.76 | 8.97 | 1,712.69 |
| Sep-06 | 65.00 | 427.70 | 139.10 | 325.00 | 0.00 | 40.30 | 26.00 | 3.90 | 7.15 | 969.15 | 287.91 | 1,257.06 | 113.13 | 230.75 | 2.60 | 8.45 | 1,611.99 |
| Oct-06 | 96.50 | 634.97 | 206.51 | 482.50 | 0.00 | 59.83 | 38.60 | 5.79 | 10.62 | 1,438.82 | 342.62 | 1,781.44 | 142.51 | 342.58 | 3.86 | 12.55 | 2,282.93 |
| Nov-06 | 110.50 | 727.09 | 236.47 | 552.50 | 0.00 | 68.51 | 44.20 | 6.63 | 12.16 | 1,647.56 | 367.41 | 2,014.96 | 141.05 | 392.28 | 4.42 | 14.37 | 2,567.07 |
| Dec-06 | 466.50 | 3,069.57 | 988.31 | 2,332.50 | 0.00 | 289.23 | 186.60 | 27.99 | 51.32 | 6,955.52 | 1,108.44 | 8,063.96 | 483.84 | 1,656.08 | 18.66 | 60.65 | 10,283.17 |
| ubtotal | 807.50 | 5,313.35 | 1,728.05 | 4,037.50 | 0.00 | 500.65 | 323.00 | 48.45 | 88.83 | 12,039.83 | 2,401.23 | 14,441.05 | 1,012.90 | 2,866.63 | 32.30 | 104.98 | 18,457.85 |
| OTAL | 815.00 | $5,360.08 | $1,742.23 | $4,067.50 | $0.00 | $505.30 | $326.00 | $48.90 | $89.65 | $12,139.65 | $2,646.23 | $14,785.88 | $1,054.28 | $2,893.25 | $32.60 | $105.95 | $18,871.96 |

EMPLOYER: Kristin Construction - #21-47166-24

RE: 2007 Account Summary

Under-Reported Hours

| Mo./Yr. | Hours | Health & Welfare | Retiree Health & Welfare | Pension | Appr. Pension | Affirm Action | Annuity | ISF | JPC/ MAC | Subtotal | Liquidated Damages | Subtotal | Interest | Suppl.Dues/ Vacation | CAF | Ind.Pro./ CIFAC | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $6.58 | $2.14 | $5.00 | $0.00 | $0.62 | $0.40 | $0.05 | $0.11 | $14.91 | $35 or 15% | | 12% | $3.55 | $0.04 | $0.13 | $18.63 |
| Jan-07 | 24.00 | 157.92 | 51.36 | 120.00 | 0.00 | 14.88 | 9.60 | 1.44 | 2.64 | 357.84 | 245.00 | 602.84 | 30.14 | 85.20 | 0.96 | 3.12 | 722.26 |
| Feb-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Mar-07 | 28.00 | 184.24 | 59.92 | 140.00 | 0.00 | 17.36 | 11.20 | 1.68 | 3.08 | 417.48 | 245.00 | 662.48 | 19.87 | 99.40 | 1.12 | 3.64 | 786.51 |
| Apr-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| May-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Jun-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | 52.00 | 342.16 | 111.28 | 260.00 | 0.00 | 32.24 | 20.80 | 3.12 | 5.72 | 775.32 | 490.00 | 1,265.32 | 50.02 | 184.60 | 2.08 | 6.76 | 1,508.78 |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $35 or 15% | | 12% | $0.00 | $0.00 | $0.00 | $0.00 |
| Jul-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Aug-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Sep-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Oct-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Nov-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Dec-07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Subtotal | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | 52.00 | $342.16 | $111.28 | $260.00 | $0.00 | $32.24 | $20.80 | $3.12 | $5.72 | $775.32 | $490.00 | $1,265.32 | $50.02 | $184.60 | $2.08 | $6.76 | $1,508.78 |

# Operating Engineers Local Union No. 3 Trust Funds

**Under-Reported Hours**

Report of Contributions Due from
Employer: **Kristin Construction**
Account #:  21 | 47166 | 24

**2004 - Exhibit 1**

Audit Period: January 1, 2004 through March 31, 2007

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Contribution Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| Bourbon, George 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 | Sep | 12.0 | 0.0 | 12.0 | $16.15 | $193.80 | |
| | | 12.0 | 0.0 | 12.0 | | $193.80 | |
| | Totals | 12.00 | 0.00 | 12.00 | | $193.80 | |

**Operating Engineers Local Union No. 3 Trust Funds**  **Under-Reported Hours**
Report of Contributions Due from
**Employer:** Kristin Construction    **2005 - Exhibit 2**
**Account #** 21 | 47166 | 24
**Audit Period:** January 1, 2004 through March 31, 2007

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Contribution Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| Van De Hei, Michael | | | | | | | |
| 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 | Apr | 52.0 | 0.0 | 52.0 | $16.15 | $839.80 | |
| | May | 38.0 | 0.0 | 38.0 | $16.15 | $613.70 | |
| | | 90.0 | 0.0 | 90.0 | | $1,453.50 | |
| | Totals | 90.00 | 0.00 | 90.00 | | $1,453.50 | |

**Operating Engineers Local Union No. 3 Trust Funds**  **Under-Reported Hours**
Report of Contributions Due from
Employer:            Kristin Construction                                                 2006 - Exhibit 3
Account #            | 21 | 47166 | 24 |
Audit Period: January 1, 2004 through March 31, 2007

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Contribution Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| Logan, Steve 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 | Aug | 284.5 | 215.5 | 69.0 | $18.63 | $1,285.47 | Hours due reflect difference |
|  | Sep | 282.0 | 217.0 | 65.0 | $18.63 | $1,210.95 | between Log Book Hrs |
|  | Oct | 280.5 | 184.0 | 96.5 | $18.63 | $1,797.80 | vs. Pay Stub Hrs |
|  | Nov | 180.5 | 70.0 | 110.5 | $18.63 | $2,058.62 |  |
|  | Dec | 501.5 | 35.0 | 466.5 | $18.63 | $8,690.90 | Note: See below |
|  |  | 1,529.0 | 721.5 | 807.5 |  | $15,043.73 |  |
| Van De Hei, Michael 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 | Jun | 176.0 | 168.5 | 7.5 | $17.03 | $127.73 |  |
|  |  | 176.0 | 168.5 | 7.5 |  | $127.73 |  |
|  | Totals | 1,705.00 | 890.00 | 815.00 |  | $15,171.45 |  |

**NOTE:** 270.0 additional hours calculated as due in December 2006 on behalf of Steve Logan reflect hours on undated Pay Stubs that could not be tied to a specific time period worked or paid. These hours do not appear on Steve Logan's monthly workpapers.

# Operating Engineers Local Union No. 3 Trust Funds

Report of Contributions Due from

**Employer:** Kristin Construction

**Account #** | 21 | 47166 | 24 |

**Audit Period:** January 1, 2004 through March 31, 2007

**Under-Reported Hours**

**2007 - Exhibit 4**

| Employee S.S. Number | Work Month | Hours Per Audit | Hours Reported | Hours Difference | Contribution Rate | Principal | Comments |
|---|---|---|---|---|---|---|---|
| Logan, Steve 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 | Jan | 65.5 | 41.5 | 24.0 | $18.63 | $447.12 | Hours due reflect difference between Log Book Hrs vs. Pay Stub Hrs |
|  |  | 65.5 | 41.5 | 24.0 |  | $447.12 |  |
| Van De Hei, Michael 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 | Mar | 28.0 | 0.0 | 28.0 | $18.63 | $521.64 |  |
|  |  | 28.0 | 0.0 | 28.0 |  | $521.64 |  |
|  | Totals | 93.50 | 41.50 | 52.00 |  | $968.76 |  |

**WAGES DUE**
*Incorrect Wage Rate Paid*

Employer: Kristin Construction
#21-47166-24

Employee: Steve Logan
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

| Year Ending Date | Job Class | Group | Rate | Hours Due ST | Hours Due OT | Hours Due DT | Amount | Rate | Hours Paid ST | Hours Paid OT | Hours Paid DT | Amount | Wage Violations 2006 Wages Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2006 | 3705 Hyd. Excavator | 6834 | $32.41 | 772.00 | 238.0 | | $36,590.89 | $30.10 | 772.00 | 238.0 | | $33,982.90 | $2,607.99 |
| 2006 * | 3705 Hyd. Excavator | 6834 | $32.41 | 201.00 | 69.0 | | 9,868.85 | $30.10 | 201.00 | 69.0 | | 9,165.45 | 703.39 |

**TOTAL DUE** $3,311.38

NOTE: * Reflect hours on undated Pay Stubs that could not be tied to a specific time period worked or paid. See Exhibit 3.

Hemming Morse, Inc.

**WAGES DUE**
**Incorrect Wage Rate Paid**

Wage Violations
2007

Employer: Kristin Construction
#21-47166-24

Employee: Steve Logan
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

| Year Ending Date | Job Class | Group | Rate | Hours Due ST | Hours Due OT | Hours Due DT | Amount | Rate | Hours Paid ST | Hours Paid OT | Hours Paid DT | Amount | Wages Due |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2007 | 3705 Hyd. Excavator | 6834 | $32.41 | 60.50 | 5.0 | | 2,203.88 | $30.10 | 60.50 | 5.0 | | 2,046.80 | 157.08 |

**TOTAL DUE** $157.08

Hemming Morse, Inc.