Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION,<br><br>Defendant. | Case No.: C07-5045 MMC<br><br>**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>Date: May 16, 2008<br><br>Time: 9:00 a.m.<br><br>Location: 450 Golden Gate Avenue<br>San Francisco, California<br><br>Courtroom: 7, 19th Floor<br><br>Judge: The Honorable Maxine M. Chesney |

I, Muriel B. Kaplan, declare:

1.  I am an attorney at law licensed to practice in the State of California, and am a shareholder of Saltzman and Johnson Law Corporation, attorneys for plaintiffs herein.

2.  Plaintiffs are Trustees of employee benefit plans, whose Trust Agreements are incorporated into the Independent Northern California Construction Agreement of the Operating Engineers Local Union No. 3 of the International Union of Operating Engineers, AFL-CIO

(hereinafter "Collective Bargaining Agreement"), to which defendants are signatory. A true an accurate copy of that Agreement is attached as Exhibit A to the *Declaration of Wayne E. McBride*, and incorporated herein by reference, submitted in support of this Motion. The Trust Agreements are incorporated into the Collective Bargaining Agreement as provided in Section No. 2 thereto under the heading "Master Agreements Incorporated."

3. Plaintiff Trust Funds are funds organized under and pursuant to the provisions of Section 302(c)(5), 302(c)(6) and 302(c)(9) of the Labor Management Relations Act of 1947, as amended. 29 U.S.C. 186(c)(5), 186(c)(6) and 186(c)(9). The principal offices of the Trust Funds are in the City and County of Alameda, State of California.

4. This matter was referred to this office on or about July 26, 2007. Attorneys fees totaling $2,558.50 were incurred from August 5, 2007 to April 9, 2008, for reviewing the records of the claim, including the audit findings and report; correspondence with defendants; preparation, filing and service of the Complaint; for conferences and correspondence with clients, including plaintiffs' Collection Manager; for preparation of the Request for Default; and for preparation of this Motion for Default Judgment, supporting declarations and proposed judgment.

I personally have spent 1.10 hours from August 5, 2007 to August 31, 2007, when my time was billed at the rate of $180.00 per hour; and 5.0 hours from September 1, 2007 to April 9, 2008, when my time was billed at the rate of $185.00 per hour in connection herewith. My attorneys fees were reasonably incurred in the total amount of $1,123.00.

I am informed and believe that Vanessa de Fábrega, a paralegal in this firm, spent 0.6 hours from August 5, 2007 to August 31, 2007, when her time was billed at the rate of $100.00 per hour; and 10.6 hours from September 1, 2007 to April 9, 2008, when her time was billed at the rate of $105.00 per hour, in connection with the above stated activities regarding this matter. The attorneys fees reasonably incurred by Ms. de Fábrega therefore total $1,173.00.

I am informed and believe that Andrea Gonzalez, who was a paralegal with this firm, spent 2.5 hours from September 1, 2007 to February 29, 2008, when her time was billed at the rate of $105.00 per hour, in connection with the above stated activities regarding this matter. The attorneys fees reasonably incurred by Ms. Gonzalez therefore total $262.50.

The attorneys fees reasonably incurred through April 9, 2008 by plaintiffs therefore total $2,558.50.

5. The costs that were incurred by plaintiffs in connection with this action are:

| | |
|---|---|
| Filing Fee | $350.00 |
| Personal Service | $237.50 |
| Total | $587.50 |

6. The default of John Taylor Northrop, individually and dba Kristin Construction, was entered on December 3, 2007.

I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Executed this 11th day of April, 2008, at San Francisco, California.


                                    _____/s/_____
                                    Muriel B. Kaplan

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 11, 2008, I served the following document(s):

**DECLARATION OF MURIEL B. KAPLAN IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **John Taylor Northrop
> dba Kristin Construction
> 1781 Autumn Meadows
> Fairfield, California 94585**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**DECLARATION OF M. KAPLAN IN SUPPORT
Case No.: C07-5045 MMC**