Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
120 Howard Street, Suite 520
San Francisco, CA 94105
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION,<br><br>Defendant. | Case No.: C07-5045 MMC<br><br>**[PROPOSED] JUDGMENT** |

Defendant, JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, having failed to plead or otherwise defend in this action and its default having been entered,

It is hereby ORDERED, ADJUDGED AND DECREED that defendant JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION shall promptly pay to plaintiffs all sums due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, according to proof, as follows:

1

**[PROPOSED] JUDGMENT
CASE NO.: C07-5045 MMC**

| | | |
|---|---:|---:|
| Contributions (7/06-2/07) | $49,099.39 | |
| Liquidated damages | $7,154.36 | |
| Interest | $12,278.80 | |
| | | **$68,532.55** |
| Unpaid contributions found due on audit (1/1/04-3/31/07) | $17,787.51 | |
| 15% Liquidated Damages | $3,880.30 | |
| 12% Interest on combined contributions and liquidated damages found due on audit (to 7/20/07) | $1,650.52 | |
| Wage violations | $3,468.47 | |
| Audit Fees and Costs | $11,377.69 | |
| | | **$38,164.48** |
| 12% Interest on unpaid or underpaid contributions per audit (7/21/07-5/16/08) | | **$2,137.10** |
| Attorneys Fees (8/5/07-47/08) | | **$2,558.50** |
| Costs of Suit | | **$587.50** |
| **TOTAL** | | **$111,980.13** |

IT IS SO ORDERED, that judgment be entered totaling $111,980.13, plus 12% per annum interest ($25.62 per diem) on combined contributions and liquidated damages ($77,921.56) at the rate of twelve percent (12%) from April 8, 2008, and post-judgment interest at the legal rate on the balance ($34,058.57), to date of satisfaction of Judgment.

It is further ordered that defendants provide their reports to plaintiff Trust Funds for the period March 2007 through the date of this Judgment, within 15 days of the date of entry of this Judgment, and that the Court shall retain jurisdiction over this matter.

Dated:_____   _____
                                        MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On April 11, 2008, I served the following document(s):

**[PROPOSED] JUDGMENT**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **John Taylor Northrop**
> **dba Kristin Construction**
> **1781 Autumn Meadows**
> **Fairfield, California 94585**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 11th day of April, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

-1-
**[PROPOSED] JUDGMENT**
**Case No.: C07-1491 CRB**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\Motion for Default Judgment\C07-5045 MMC  Proposed Judgment 040808.doc