1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   120 Howard Street, Suite 520
3  San Francisco, CA 94105
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                      UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN FRANCISCO DIVISION)

12  GIL CROSTHWAITE, et al., as Trustees of the       Case No.: C07-5045 MMC
    OPERATING ENGNEERS HEALTH AND
13  WELFARE TRUST FUND FOR NORTHERN            **NOTICE OF CHANGE OF ADDRESS**
    CALIFORNIA; et al.,
14
             Plaintiffs,
15  v.

16  JOHN TAYLOR NORTHROP, individually
    and dba KRISTIN CONSTRUCTION,
17
             Defendants.
18

19       NOTICE IS HEREBY GIVEN that, effective May 5, 2008, the law firm of Saltzman &

20  Johnson Law Corporation, will relocate its office. The new address to which copies of all

21  pleadings, notices, and other papers should be sent, **effective May 5, 2008**, is:

22
             Saltzman & Johnson Law Corporation
23           **44 Montgomery Street, Suite 2110**
             **San Francisco, California 94104**
24           Tel: 415-882-7900
             Fax: 415-882-9287
25

26

27

28                                                          **-1-**
                                          **NOTICE OF CHANGE OF ADDRESS**
                                              **Case No.: C07-5045 MMC**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MHP Notice of Change of Address 042308.doc

-2-

1    Please note that the telephone and facsimile numbers have not changed.

2    Dated: April 24, 2008                          SALTZMAN & JOHNSON LAW COPORATION

3

4                                        _____/s/_____
                                         Muriel B. Kaplan
5                                        Attorneys for Plaintiff

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                                                      -2-
                                         **NOTICE OF CHANGE OF ADDRESS**
                                         **Case No.: C07-5045 MMC**

1

<u>PROOF OF SERVICE</u>

2

I, the undersigned, declare:

3

I am a citizen of the United States and am employed in the County of San Francisco, State

4

of California.  I am over the age of eighteen and not a party to this action.  My business address is

5

120 Howard Street, Suite 520, San Francisco, California 94105.

6

7

On April 25, 2008, I served the following documents:

8

**NOTICE OF CHANGE OF ADDRESS**

9

on the interested parties in said action by placing a true and exact copy of each document in a

10

sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

11

Francisco, California, addressed as follows:

12

13

**John Taylor Northrop**
**dba Kristin Construction**
**1781 Autumn Meadows**
**Fairfield, CA 94585**

14

15

16

I declare under penalty of perjury that the foregoing is true and correct and that this

17

declaration was executed on this 25th day of April 2008, at San Francisco, California.

18

19

20

_____/s/_____
Diana Sage

21

22

23

24

25

26

27

28

**-3-**
**NOTICE OF CHANGE OF ADDRESS**
**Case No.: C07-5045 MMC**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MHP Notice of Change of Address 042308.doc