IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C-07-5045 MMC |
| Plaintiffs, | **ORDER AFFORDING PLAINTIFFS OPPORTUNITY TO SUBMIT SUPPLEMENTAL MATERIALS; VACATING HEARING** |
| v. | |
| JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, | |
| Defendant / | |

Before the Court is plaintiffs' motion filed April 11, 2008, for entry of default judgment against defendant John Taylor Northrop. No opposition has been filed.

Based on the record presented, plaintiffs have made a sufficient showing with respect to their entitlement to unpaid contributions for the period from July 2006 through February 2007, and interest thereon, as well as unpaid contributions found due upon audit, and interest thereon, audit fees and costs, attorney's fees, and costs of suit. It does not appear from the record, however, that plaintiffs are entitled to recover for "wage violations" with respect to individual employees. Additionally, although plaintiffs have made a sufficient showing with respect to their entitlement to liquidated damages in the amount of 15% of unpaid contributions, and interest thereon, plaintiffs have failed to provide a sufficient explanation for their calculation of such damages, and appear to request

liquidated damages in amounts exceeding 15% of unpaid contributions.  (See, e.g., Decl. of Philip J. McNally Ex. A (listing unpaid contributions in 2004 in amount of $193.80 and liquidated damages thereon in amount of $245.00).)

If plaintiffs are seeking to include in the judgment the sums referenced above as lacking sufficient support in the record presented to date, plaintiffs shall submit the authority on which they rely, and any additional explanation relevant to such request.  Any such supplemental materials shall be filed no later than May 30, 2008.

Accordingly, the hearing scheduled for May 16, 2008 is hereby VACATED, and the Court will take the matter under submission on May 30, 2008.

**IT IS SO ORDERED.**

Dated: May 14, 2008

_____
MAXINE M. CHESNEY
United States District Judge

2