1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    (SAN FRANCISCO DIVISION)

12  GIL CROSTHWAITE, et al., as Trustees of the    Case No.: C07-5045 MMC
    OPERATING ENGNEERS HEALTH AND
13  WELFARE TRUST FUND FOR NORTHERN                 **PROOF OF SERVICE**
    CALIFORNIA; et al.,
14
          Plaintiffs,
15  v.

16  JOHN TAYLOR NORTHROP, individually
    and dba KRISTIN CONSTRUCTION,
17
          Defendants.
18

19

20        I, the undersigned, declare:

21        I am a citizen of the United States and am employed in the County of San Francisco, State

22  of California.  I am over the age of eighteen and not a party to this action.  My business address is

23  44 Montgomery Street, Suite 2110, San Francisco, California 94104.

24        On May 16, 2008, I served the following documents:

25           **ORDER AFFORDING PLAINTIFFS OPPORTUNITY TO
26        SUBMIT SUPPLEMENTAL MATERIALS; VACATING HEARING**
    ///
27  ///
    ///
28                                                              **-1-**
                                                      **PROOF OF SERVICE**
                                                      **Case No.: C07-5045 MMC**

P:\CLIENTS\OE3CL\Kristin Construction\Pleadings\C07-5045 MHP Proof of Service re Order 051608.doc

1  on the interested parties in said action by placing a true and exact copy of each document in a

2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

3  Francisco, California, addressed as follows:

4

5  **John Taylor Northrop**
   **dba Kristin Construction**
   **1781 Autumn Meadows**
6  **Fairfield, California 94585**

7

8      I declare under penalty of perjury that the foregoing is true and correct and that this

9  declaration was executed on this 16th day of May, 2008, at San Francisco, California.

10

11

12  _____/s/_____
               Vanessa de Fábrega

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                               -2-
   **PROOF OF SERVICE**
   **Case No.: C07-5045 MMC**