1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
   GIL CROSTHWAITE, et al., as Trustees of the        Case No.: C07-5045 MMC
12 OPERATING ENGNEERS HEALTH AND
   WELFARE TRUST FUND FOR NORTHERN              PLAINTIFFS' REQUEST TO VACATE
13 CALIFORNIA; et al.,                          CASE MANAGEMENT CONFERENCE

14         Plaintiffs,

15 v.

16 JOHN TAYLOR NORTHROP, individually
   and dba KRISTIN CONSTRUCTION,
17
           Defendants.
18

19

20         Plaintiffs herein respectfully request that the Case Management Conference currently on

21 calendar for May 30, 2008 be vacated.

22         1.      Default was entered by the Court on December 3, 2007.

23         2.      On April 11, 2008, plaintiffs filed a Motion for Default Judgment.

24         3.      On May 13, 2008, the Court issued an Order Affording Plaintiffs Opportunity to

25 Submit Supplemental Materials, and vacating the hearing scheduled for May 16, 2008.  The Court

26 further stated that it would take the matter under submission on May 30, 2008.

27
28 ///

                           **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
                                             **CASE NO.: C07-5045 MMC**

4.     On May 22, 2008, plaintiffs filed Supplemental Declarations in Support of Default Judgment.

5.     Due to the status of the action, there are no issues to be discussed at a Case Management Conference other than a hearing on Plaintiffs' Motion.

6.     Plaintiffs therefore respectfully request that the Case Management Conference, currently scheduled for May 30, 2008, be vacated.

I declare under penalty of perjury that I am the attorney for the plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Dated: May 22, 2008                          SALTZMAN & JOHNSON
                                             LAW CORPORATION


                                   By: _____/s/_____
                                             Michele R. Stafford
                                             Attorneys for Plaintiffs



IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby vacated. IT IS SO ORDERED.


Date: _____        _____
                                          UNITED STATES DISTRICT COURT JUDGE

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE**
**CASE NO.: C07-5045 MMC**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 23, 2008, I served the following document(s):

**PLAINTIFFS' REQUEST TO VACATE
CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **John Taylor Northrop
> dba Kristin Construction
> 1781 Autumn Meadows
> Fairfield, California 94585**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23rd day of May, 2008, at San Francisco, California.

_____/s/_____
Vanessa de Fábrega

**REQUEST TO VACATE CASE MANAGEMENT CONFERENCE
CASE NO.: C07-5045 MMC**