IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C-07-5045 MMC |
| Plaintiffs, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, | |
| Defendant / | |

At plaintiff's request, and in light of the pending motion for default judgment, the Case Management Conference previously scheduled for May 30, 2008 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 28, 2008

MAXINE M. CHESNEY
United States District Judge