Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION,<br><br>  Defendants. | Case No.: C07-5045 MMC<br><br>**PROOF OF SERVICE** |

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 28, 2008, I served the following documents:

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

///
///
///

-1-
**PROOF OF SERVICE**
**Case No.: C07-5045 MMC**

1  on the interested parties in said action by placing a true and exact copy of each document in a
2  sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San
3  Francisco, California, addressed as follows:

    **John Taylor Northrop**
    **dba Kristin Construction**
    **1781 Autumn Meadows**
    **Fairfield, California 94585**

8      I declare under penalty of perjury that the foregoing is true and correct and that this
9  declaration was executed on this 28th day of May, 2008, at San Francisco, California.

                                      _____/s/_____
                                                 Vanessa de Fábrega