IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C-07-5045 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, | |
| Defendant / | |

Before the Court is plaintiffs' Motion for Default Judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, filed April 11, 2008, as supplemented May 22, 2008. Defendant, although served with the motion, has not filed an opposition or other response thereto. Having read and considered the papers filed in support of the motion, the Court rules as follows:

1. Plaintiffs are entitled to damages in the amount of $105,365.67, representing $66,886.90 in unpaid contributions, $11,034.66 in liquidated damages, $16,066.42 in interest on the sum of the foregoing amounts, and audit fees in the amount of $11,377.69.

2. Plaintiffs are entitled to an award of attorney's fees in the amount of $2,558.50 and costs in the amount of $587.50.

3. Plaintiffs are not entitled to damages for "wage violations" with respect to

1  individual employees.

## CONCLUSION

Accordingly, plaintiffs' motion is hereby GRANTED in part and DENIED in part, as follows:

1. The motion is GRANTED and plaintiffs are entitled to judgment in their favor and against defendant in the total amount of $108,511.67, representing damages in the amount of $105,365.67, attorney's fees in the amount of $2558.50, and costs in the amount of $587.50.

2. In all other respects, the motion is DENIED.

The Clerk is directed to enter judgment in favor of plaintiffs and against defendant, in the total amount of $108,511.67.

**IT IS SO ORDERED.**

Dated: May 30, 2008

_____
MAXINE M. CHESNEY
United States District Judge