IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

        Plaintiff,

  v.

JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION,

        Defendant.
                                       /

No. CV-07-5045 MMC

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiffs' motion is hereby GRANTED in part and DENIED in part, as follows:

    1. The motion is GRANTED and plaintiffs are entitled to judgment in their favor and against defendant in the total amount of $108,511.67, representing damages in the amount of $105,365.67, attorney's fees in the amount of $2558.50, and costs in the amount of $587.50.

    2. In all other respects, the motion is DENIED.

Dated: June 2, 2008                                        Richard W. Wieking, Clerk

                                                                                  *Tracy Lucero*

                                                                                  By: <u>Tracy Lucero</u>
                                                                                  <u>Deputy Clerk</u>