RECORDING REQUESTED BY

NAME: **Michele R. Stafford, Esq.**

WHEN RECORDED MAIL TO:

Michele R. Stafford, Esq.
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104

(DOCUMENT WILL ONLT BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

## Gil Crosthwaite, et al., as Trustees for Operating Engineers Health & Welfare Trust Fund, et al., v. John Taylor Northrop, individually and dba Kristin Construction
*USDC Case No.: C07-5045 MMC*

## ABSTRACT OF JUDGMENT

(DOCUMENT TITLE)

VS 4/03

SEPARATE PAGE, PURSUANT TO CA. GOV'T CODE 27361.6

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):*<br>[✓] Recording requested by and return to:<br>Michele R. Stafford (SBN: 172509)     415-882-7900<br>Saltzman & Johnson Law Corporation<br>44 Montgomery Street, Suite 2110<br>San Francisco, California 94104 | TEL NO.: |
| [✓] ATTORNEY FOR    [✓] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD | |
| United States District Court, Northern District of California<br>STREET ADDRESS: 450 Golden Gate Avenue<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, California 94102<br>BRANCH NAME: | FOR RECORDER'S USE ONLY |

PLAINTIFF: Gil Crosthwaite, et al., as Trustees for Operating Engineers Health & Welfare Trust Fund, et al.

DEFENDANT: John Taylor Northrop, individually and dba Kristin Construction

| ABSTRACT OF JUDGMENT    [ ] Amended | CASE NUMBER:<br>C07-5045 MMC |
|---|---|

1. The [✓] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   John Taylor Northrop
   1781 Autumn Meadows
   Fairfield, California 94585

   b. Driver's license No. and state:    [✓] Unknown
   c. Social security No.:    [✓] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* John Taylor Northrop
   1781 Autumn Meadows, Fairfield, California 94585
   e. [ ] Original abstract recorded in this county:
      (1) Date:
      (2) Instrument No.:

   f. [✓] Information on additional judgment debtors is shown on page two.

FOR COURT USE ONLY

Date: June 5, 2008

(TYPE OR PRINT NAME)     ▶ [signature]    (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [✓] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor *(name and address):*
   Operating Engineers Health & Welfare Trust Fund, et al.
   c/o Michele R. Stafford, Esq., Saltzman & Johnson Law Corporation
   44 Montgomery Street, Suite 2110, San Francisco, CA 94104

4. Judgment debtor *(full name as it appears in judgment):*
   Gil Crosthwaite, et al.

6. Total amount of judgment as entered or last renewed:
   $108,511.67 + 2.01% p/a post-judgment interest

7. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address):*

[SEAL]

5. a. Judgment entered on *(date):* May 30, 2008
   b. Renewal entered on *(date):*
   
   This abstract issued on *(date):*
   
   JUN 6 2008

8. A stay of enforcement has
   a. [✓] not been ordered by the court.
   b. [ ] been ordered by the court effective until *(date):*

9. [ ] This judgment is an installment judgment.

RICHARD W. WIEKING
Clerk, by _____LILI M. HARRELL_____, Deputy [signature]

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>EJ-001 [Rev. January 1, 2003] | **ABSTRACT OF JUDGMENT**<br>**(CIVIL)** | Page 1 of 2<br>Code of Civil Procedure, §§ 488.480,<br>674, 700.190 |

| PLAINTIFF: Gil Crosthwaite, et al., as Trustees for Operating Engineers Health & Welfare Trust Fund, et al. | CASE NUMBER: C07-5045 MMC |
|---|---|
| DEFENDANT: John Taylor Northrop, individually and dba Kristin Construction | |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10. Name and last known address

dba Kristin Construction
1781 Autumn Meadows
Fairfield, California 94585

Driver's license No. & state: ✓ Unknown
Social security No.: ✓ Unknown
Summons was personally served at or mailed to (address):
John Taylor Northrop, dba Kristin Construction
1781 Autumn Meadows
Fairfield, California 94585

11. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

12. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

13. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

14. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

15. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

16. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

17. Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

18. ☐ Continued on Attachment 18.