1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, California 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

**FILED**

JUN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., as Trustees of the OPERATING ENGNEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION,<br><br>Defendants. | Case No.: C07-5045 MMC<br><br>**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION; DECLARATION OF MICHELE R. STAFFORD IN SUPPORT THEREOF** |

TO THE CLERK OF THE COURT:

I, Michele R. Stafford, declare under penalty of perjury that:

1.  I am the attorney for the plaintiffs in the above-entitled action.

2.  On May 30, 2008, within ten years past, a Judgment (hereinafter "Judgment") was entered in favor of plaintiffs and against defendants in the total amount of **$108,511.67**. A true and accurate copy of the Judgment is attached hereto as *Exhibit A*.

3.  Post-judgment interest is calculated at the legal rate of 2.01% in the week of May 19, 2008, the week preceding the date of Judgment entry. Attached hereto as *Exhibit B* is a true

-1-
**REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**
**Case No.: C07-5045 MMC**

P:\CLIENTS\OE3CL\Kristin Construction\Writ Request\07-5045 MMC Writ Request 060508.doc

1  and accurate copy of the Selected Interest Rates page, showing the rate for the week of May 19,

2  2008 printed from the United States District Court, Northern District of California, website.

3  Eleven (11) days have elapsed from May 30, 2008 to June 9, 2008. Post-judgment interest in the

4  amount of **$65.73** has accrued on the Judgment as of June 9, 2008.

   4.   The total amount now due and owing by defendant to plaintiffs is as follows:

| | |
|---|---|
| Judgment | $108,511.67 |
| Post-Judgment Interest (5/30/08-6/9/08) | $65.73 |
| **TOTAL** | **$108,577.40** |

   5.   No amount has been paid or recovered to satisfy any portion of the judgment.

   6.   To the best of my knowledge and belief, defendant is not an infant or incompetent person nor in the military service of the United States.

   WHEREFORE, it is prayed that a Writ of Execution be promptly issued against JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, for $108,553.51 plus 2.01% per annum interest ($5.98 per diem beginning June 12, 2008) until satisfied, and that the Court retain jurisdiction over this matter.

   I declare under penalty of perjury that the foregoing is true of my own knowledge and if called upon I could competently testify thereto.

Dated: June 10, 2008                SALTZMAN & JOHNSON
                                    LAW CORPORATION

                                    _____
                                    Michele R. Stafford
                                    Attorneys for Plaintiffs

# *EXHIBIT A*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE, et al., | No. C-07-5045 MMC |
| Plaintiffs, | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| JOHN TAYLOR NORTHROP, individually and dba KRISTIN CONSTRUCTION, | |
| Defendant | |

Before the Court is plaintiffs' Motion for Default Judgment, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, filed April 11, 2008, as supplemented May 22, 2008. Defendant, although served with the motion, has not filed an opposition or other response thereto. Having read and considered the papers filed in support of the motion, the Court rules as follows:

1. Plaintiffs are entitled to damages in the amount of $105,365.67, representing $66,886.90 in unpaid contributions, $11,034.66 in liquidated damages, $16,066.42 in interest on the sum of the foregoing amounts, and audit fees in the amount of $11,377.69.

2. Plaintiffs are entitled to an award of attorney's fees in the amount of $2,558.50 and costs in the amount of $587.50.

3. Plaintiffs are not entitled to damages for "wage violations" with respect to

individual employees.

## CONCLUSION

Accordingly, plaintiffs' motion is hereby GRANTED in part and DENIED in part, as follows:

1. The motion is GRANTED and plaintiffs are entitled to judgment in their favor and against defendant in the total amount of $108,511.67, representing damages in the amount of $105,365.67, attorney's fees in the amount of $2558.50, and costs in the amount of $587.50.

2. In all other respects, the motion is DENIED.

The Clerk is directed to enter judgment in favor of plaintiffs and against defendant, in the total amount of $108,511.67.

**IT IS SO ORDERED.**

Dated: May 30, 2008

MAXINE M. CHESNEY
United States District Judge

2

# EXHIBIT B

# Federal Reserve Statistical Release

## H.15
## Selected Interest Rates

*Release Date: May 19, 2008*

Release dates | Daily update | Historical data | Data Download Program (DDP) | About | Announcements
Current release *Other formats*: Screen reader | ASCII | PDF (17 KB)



FEDERAL RESERVE STATISTICAL RELEASE

H.15 (519) SELECTED INTEREST RATES
For use at 2:30 p.m. Eastern Time

May 19, 2008

Yields in percent per annum

| Instruments | 2008 May 12 | 2008 May 13 | 2008 May 14 | 2008 May 15 | 2008 May 16 | Week Ending May 16 | Week Ending May 9 | 2008 Apr |
|---|---|---|---|---|---|---|---|---|
| Federal funds (effective) 1 2 3 | 1.88 | 1.93 | 2.03 | 2.03 | 1.91 | 1.96 | 1.94 | 2.28 |
| Commercial Paper 3 4 5 | | | | | | | | |
| Nonfinancial | | | | | | | | |
| 1-month | 1.95 | 1.94 | 1.94 | 2.03 | 2.01 | 1.97 | 1.96 | 2.10 |
| 2-month | 1.98 | 1.98 | 1.99 | 1.94 | 1.94 | 1.97 | 1.98 | 2.05 |
| 3-month | n.a. | 1.89 | n.a. | n.a. | 2.00 | 1.95 | 1.96 | 1.99 |
| Financial | | | | | | | | |
| 1-month | 2.23 | 2.34 | 2.34 | 2.21 | 2.26 | 2.28 | 2.35 | 2.56 |
| 2-month | 2.50 | 2.50 | 2.49 | 2.41 | 2.45 | 2.47 | 2.49 | 2.61 |
| 3-month | 2.66 | 2.52 | 2.50 | 2.58 | 2.64 | 2.58 | 2.62 | 2.72 |
| CDs (secondary market) 3 6 | | | | | | | | |
| 1-month | 2.52 | 2.51 | 2.46 | 2.50 | 2.50 | 2.50 | 2.62 | 2.82 |
| 3-month | 2.62 | 2.65 | 2.70 | 2.67 | 2.68 | 2.66 | 2.70 | 2.85 |
| 6-month | 2.77 | 2.82 | 2.94 | 2.90 | 2.86 | 2.86 | 2.80 | 2.86 |
| Eurodollar deposits (London) 3 7 | | | | | | | | |
| 1-month | 2.60 | 2.60 | 2.60 | 2.60 | 2.60 | 2.60 | 2.77 | 2.97 |
| 3-month | 2.90 | 2.80 | 2.85 | 2.85 | 2.85 | 2.85 | 2.85 | 3.03 |

FRB: H.15 Release--Selected Interest Rates--May 19, 2008                                                                 Page 2 of 5

| Instrument | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6-month | 2.95 | 2.95 | 3.05 | 3.05 | 3.00 | 3.00 | 2.98 | 3.04 |
| Bank prime loan 2 3 8 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.00 | 5.24 |
| Discount window primary credit 2 9 | 2.25 | 2.25 | 2.25 | 2.25 | 2.25 | 2.25 | 2.25 | 2.49 |
| U.S. government securities | | | | | | | | |
| Treasury bills (secondary market) 3 4 | | | | | | | | |
| 4-week | 1.70 | 1.83 | 1.83 | 1.81 | 1.82 | 1.80 | 1.49 | 1.04 |
| 3-month | 1.74 | 1.80 | 1.79 | 1.80 | 1.81 | 1.79 | 1.61 | 1.29 |
| 6-month | 1.83 | 1.85 | 1.86 | 1.85 | 1.86 | 1.85 | 1.71 | 1.55 |
| Treasury constant maturities | | | | | | | | |
| Nominal 10 | | | | | | | | |
| 1-month | 1.73 | 1.86 | 1.86 | 1.84 | 1.85 | 1.83 | 1.52 | 1.07 |
| 3-month | 1.77 | 1.83 | 1.82 | 1.83 | 1.84 | 1.82 | 1.64 | 1.31 |
| 6-month | 1.87 | 1.89 | 1.90 | 1.90 | 1.91 | 1.89 | 1.75 | 1.58 |
| 1-year | 2.01 | 2.08 | 2.11 | 2.08 | 2.09 | 2.07 | 1.94 | 1.74 |
| 2-year | 2.30 | 2.47 | 2.53 | 2.45 | 2.47 | 2.44 | 2.32 | 2.05 |
| 3-year | 2.54 | 2.70 | 2.78 | 2.70 | 2.71 | 2.69 | 2.55 | 2.23 |
| 5-year | 3.00 | 3.17 | 3.22 | 3.10 | 3.12 | 3.12 | 3.07 | 2.84 |
| 7-year | 3.34 | 3.49 | 3.50 | 3.39 | 3.43 | 3.43 | 3.42 | 3.19 |
| 10-year | 3.78 | 3.90 | 3.92 | 3.83 | 3.85 | 3.86 | 3.85 | 3.68 |
| 20-year | 4.52 | 4.61 | 4.63 | 4.55 | 4.57 | 4.58 | 4.58 | 4.44 |
| 30-year | 4.53 | 4.62 | 4.63 | 4.56 | 4.58 | 4.58 | 4.57 | 4.44 |
| Inflation indexed 11 | | | | | | | | |
| 5-year | 0.70 | 0.85 | 0.86 | 0.75 | 0.75 | 0.78 | 0.77 | 0.62 |
| 7-year | 1.10 | 1.21 | 1.20 | 1.10 | 1.11 | 1.14 | 1.17 | 1.00 |
| 10-year | 1.41 | 1.51 | 1.49 | 1.40 | 1.41 | 1.44 | 1.48 | 1.36 |
| 20-year | 1.95 | 2.04 | 2.04 | 1.97 | 1.97 | 1.99 | 2.02 | 1.91 |
| Inflation-indexed long-term average 12 | 1.95 | 2.04 | 2.04 | 1.97 | 1.97 | 1.99 | 2.02 | 1.90 |
| Interest rate swaps 13 | | | | | | | | |
| 1-year | 2.78 | 2.89 | 2.98 | 2.95 | 2.84 | 2.89 | 2.81 | 2.71 |
| 2-year | 3.06 | 3.21 | 3.33 | 3.30 | 3.16 | 3.21 | 3.12 | 2.89 |
| 3-year | 3.34 | 3.50 | 3.62 | 3.60 | 3.44 | 3.50 | 3.42 | 3.18 |
| 4-year | 3.57 | 3.73 | 3.84 | 3.82 | 3.65 | 3.72 | 3.67 | 3.45 |
| 5-year | 3.76 | 3.90 | 4.02 | 3.98 | 3.80 | 3.89 | 3.85 | 3.66 |
| 7-year | 4.06 | 4.19 | 4.28 | 4.24 | 4.08 | 4.17 | 4.16 | 3.99 |
| 10-year | 4.35 | 4.47 | 4.53 | 4.50 | 4.35 | 4.44 | 4.44 | 4.30 |
| 30-year | 4.81 | 4.90 | 4.93 | 4.91 | 4.79 | 4.87 | 4.91 | 4.80 |
| Corporate bonds | | | | | | | | |
| Moody's seasoned | | | | | | | | |
| Aaa 14 | 5.49 | 5.59 | 5.61 | 5.55 | 5.55 | 5.56 | 5.57 | 5.55 |
| Baa | 6.84 | 6.94 | 6.98 | 6.91 | 6.91 | 6.92 | 6.89 | 6.97 |
| State & local bonds 15 | | | | 4.53 | | 4.53 | 4.62 | 4.70 |

```
Conventional mortgages 16         6.01     6.01    6.05    5.92

n.a. Not available.
--------------------------------------------------------------------
```

Footnotes

1. The daily effective federal funds rate is a weighted average of rates on brokered trades.

2. Weekly figures are averages of 7 calendar days ending on Wednesday of the current week; monthly figures include each calendar day in the month.

3. Annualized using a 360-day year or bank interest.

4. On a discount basis.

5. Interest rates interpolated from data on certain commercial paper trades settled by The Depository Trust Company. The trades represent sales of commercial paper by dealers or direct issuers to investors (that is, the offer side). The 1-, 2-, and 3-month rates are equivalent to the 30-, 60-, and 90-day dates reported on the Board's Commercial Paper Web page (www.federalreserve.gov/releases/cp/).

6. An average of dealer bid rates on nationally traded certificates of deposit.

7. Bid rates for Eurodollar deposits collected around 9:30 a.m. Eastern time.

8. Rate posted by a majority of top 25 (by assets in domestic offices) insured U.S.-chartered commercial banks. Prime is one of several base rates used by banks to price short-term business loans.

9. The rate charged for discounts made and advances extended under the Federal Reserve's primary credit discount window program, which became effective January 9, 2003. This rate replaces that for adjustment credit, which was discontinued after January 8, 2003. For further information, see www.federalreserve.gov/boarddocs/press/bcreg/2002/20021312/default.htm. The rate reported is that for the Federal Reserve Bank of New York. Historical series for the rate on adjustment credit as well as the rate on primary credit are available at www.federalreserve.gov/releases/h15/data.htm.

10. Yields on actively traded non-inflation-indexed issues adjusted to constant maturities. The 30-year Treasury constant maturity series was discontinued on February 18, 2002, and reintroduced on February 9, 2006. From February 18, 2002, to February 9, 2006, the U.S. Treasury published a

Case 3:07-cv-05045-MMC   Document 31-2   Filed 06/11/2008   Page 10 of 11

FRB: H.15 Release--Selected Interest Rates--May 19, 2008                                                                                                Page 4 of 5

factor for adjusting the daily nominal 20-year constant maturity in order to estimate a 30-year nominal rate. The historical adjustment factor can be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/ltcompositeindex_historical.shtml. Source: U.S. Treasury.

11. Yields on Treasury inflation protected securities (TIPS) adjusted to constant maturities. Source: U.S. Treasury. Additional information on both nominal and inflation-indexed yields may be found at www.treas.gov/offices/domestic-finance/debt-management/interest-rate/index.html.

12. Based on the unweighted average bid yields for all TIPS with remaining terms to maturity of more than 10 years.

13. International Swaps and Derivatives Association (ISDA(R)) mid-market par swap rates. Rates are for a Fixed Rate Payer in return for receiving three month LIBOR, and are based on rates collected at 11:00 a.m. Eastern time by Garban Intercapital plc and published on Reuters Page ISDAFIX(R)1. ISDAFIX is a registered service mark of ISDA. Source: Reuters Limited.

14. Moody's Aaa rates through December 6, 2001, are averages of Aaa utility and Aaa industrial bond rates. As of December 7, 2001, these rates are averages of Aaa industrial bonds only.

15. Bond Buyer Index, general obligation, 20 years to maturity, mixed quality; Thursday quotations.

16. Contract interest rates on commitments for fixed-rate first mortgages. Source: FHLMC.

---

Note: Weekly and monthly figures on this release, as well as annual figures available on the Board's historical H.15 web site (see below), are averages of business days unless otherwise noted.

---

Current and historical H.15 data are available on the Federal Reserve Board's web site (www.federalreserve.gov/). For information about individual copies or subscriptions, contact Publications Services at the Federal Reserve Board (phone 202-452-3244, fax 202-728-5886). For paid electronic access to current and historical data, call STAT-USA at 1-800-782-8872 or 202-482-1986.

---

Description of the Treasury Nominal and Inflation-Indexed Constant Maturity Series

Yields on Treasury nominal securities at "constant maturity" are interpolated by the U.S. Treasury

http://www.federalreserve.gov/releases/H15/20080519/                                                                                                    6/4/2008

from the daily yield curve for non-inflation-indexed Treasury securities. This curve, which relates the yield on a security to its time to maturity, is based on the closing market bid yields on actively traded Treasury securities in the over-the-counter market. These market yields are calculated from composites of quotations obtained by the Federal Reserve Bank of New York. The constant maturity yield values are read from the yield curve at fixed maturities, currently 1, 3, and 6 months and 1, 2, 3, 5, 7, 10, 20, and 30 years. This method provides a yield for a 10-year maturity, for example, even if no outstanding security has exactly 10 years remaining to maturity. Similarly, yields on inflation-indexed securities at "constant maturity" are interpolated from the daily yield curve for Treasury inflation protected securities in the over-the-counter market. The inflation-indexed constant maturity yields are read from this yield curve at fixed maturities, currently 5, 7, 10, and 20 years.

---

Release dates | Daily update | Historical data | Data Download Program (DDP) | About | Announcements
Current release  *Other formats:* Screen reader | ASCII | PDF (17 KB)

Statistical releases

Home | Economic research and data
Accessibility | Contact Us
**Last update: May 19, 2008**